AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Joseph Pagan and Zacaria Paris, individually and on behalf of all others similarly-situated, <br><br> *Plaintiff(s)* <br><br> v. <br><br> Fishbox Restaurant Corporation d/b/a Sammy's Fish Box Restaurant, Samuel Chernin, in his individual and corporate capacity, and Lauren Chernin, in her individual and corporate capacity, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  17-cv-9458 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   SAMUEL CHERNIN
      41 CITY ISLAND AVE
      BRONX, NEW YORK, 10464

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Benjamin Weisenberg
    The Ottinger Firm, P.C.
    401 Park Avenue South
    New York, NY 10016

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  12/01/2017                                                                    /S/ V. FRROKAJ
                                                                                     *Signature of Clerk or Deputy Clerk*